IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALDEAN KIMBELL<br><br>  Plaintiff,<br><br>v.<br><br>SUNLIGHT LOGISTICS, INC.,<br>AJ LOGISTICS, INC.,<br>AMAZON LOGISTICS, INC.,<br>COUNTY HALL INSURANCE COMPANY,<br>INC. AND AFMESHAR WARSAME,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO.:  5:22-cv-00288-TES |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR DEFENDANT AMAZON LOGISTICS, INC.

COMES NOW, Defendant Amazon Logistics, Inc. ("Defendant") and hereby notifies the Court and all parties that Scott W. McMickle and the law firm of McMickle, Kurey & Branch, LLP are hereby substituted as sole counsel for Defendant Amazon Logistics, Inc. in place of R. Dal Burton and Jason S. Stewart and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLC, 3348 Peachtree Road, NE, Suite 1400, Atlanta, GA 30326.  The undersigned counsel requests that the Clerk note his appearance and that all further pleadings, notices, correspondence, and documents of any kind in the above-styled action be served upon counsel for Defendant at the following address:

Scott W. McMickle
Georgia Bar No.:  497779
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, GA  30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
swm@mkblawfirm.com

-2-

Respectfully submitted this 24th day of October, 2022.

        Respectfully submitted,

        By: */s/Scott W. McMickle*
           SCOTT W. MCMICKLE
           Georgia Bar No. 497779
           MATTHEW R. SESSIONS
           Georgia Bar No. 899806
           ***Attorneys for Defendant***
           ***Amazon Logistics, Inc.***

MCMICKLE, KUREY & BRANCH, LLP
217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:    (678) 824-7800
Facsimile:    (678) 824-7801
Email: swm@mkblawfirm.com
Email: msessions@mkblawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that I have electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> Jacob A. Weldon, Esq.
> jacob@sextonlawfirm.com
> Sexton Law Firm, LLP
> 124 Atlanta Street
> McDonough, GA 30253
> ***Attorney for Plaintiff***

> R. Dal Burton, Esq.
> Dal.burton@wilsonelser.com
> Jason S. Stewart, Esq.
> Jason.stewart@wilsonelser.com
> Wilson, Elser, Moskowitz,
> Edelman & Dicker, LLC
> 3348 Peachtree Road, NE
> Suite 1400
> Atlanta, GA 30326
> ***Attorneys for Defendant***
> ***Amazon Logistics, Inc.***

This 24th day of October, 2022.

> By: */s/Scott W. McMickle*
> SCOTT W. MCMICKLE
> Georgia Bar No. 497779