# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| ALDEAN KIMBELL | |
| Plaintiff, | CIVIL ACTION FILE NO.: 5:22-cv-00288-TES |
| v. | |
| SUNLIGHT LOGISTICS, INC., AJ LOGISTICS, INC., AMAZON LOGISTICS, INC., COUNTY HALL INSURANCE COMPANY, INC. AND AFMESHAR WARSAME, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR DEFENDANT AMAZON LOGISTICS, INC.

COMES NOW, Defendant Amazon Logistics, Inc. ("Defendant") and hereby notifies the Court and all parties that Matthew R. Sessions and the law firm of McMickle, Kurey & Branch, LLP are hereby substituted as counsel for Defendant Amazon Logistics, Inc. in place of R. Dal Burton and Jason S. Stewart and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLC, 3348 Peachtree Road, NE, Suite 1400, Atlanta, GA 30326.  The undersigned counsel requests that the Clerk note his appearance and that all further pleadings, notices, correspondence, and documents of any kind in the above-styled action be served upon counsel for Defendant at the following address:

Matthew R.  Sessions
Georgia Bar No.:  899806
McMickle, Kurey & Branch, LLP
217 Roswell Street, Suite 200
Alpharetta, GA  30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
msessions@mkblawfirm.com

M0942822.1 15972

Respectfully submitted this 24th day of October, 2022.

                                                Respectfully submitted,

                                                By: */s/Matthew R. Sessions*
                                                    SCOTT W. MCMICKLE
                                                    Georgia Bar No. 497779
                                                    MATTHEW R. SESSIONS
                                                    Georgia Bar No. 899806
                                                    ***Attorneys for Defendant***
                                                    ***Amazon Logistics, Inc.***

MCMICKLE, KUREY & BRANCH, LLP
217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:    (678) 824-7800
Facsimile:    (678) 824-7801
Email: swm@mkblawfirm.com
Email: msessions@mkblawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that I have electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Jacob A. Weldon, Esq.
jacob@sextonlawfirm.com
Sexton Law Firm, LLP
124 Atlanta Street
McDonough, GA 30253
***Attorney for Plaintiff***

R. Dal Burton, Esq.
Dal.burton@wilsonelser.com
Jason S. Stewart, Esq.
Jason.stewart@wilsonelser.com
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLC
3348 Peachtree Road, NE
Suite 1400
Atlanta, GA 30326
***Attorneys for Defendant***
***Amazon Logistics, Inc.***

This 24th day of October, 2022.

By: /s/Matthew R. Sessions
MATTHEW R. SESSIONS
Georgia Bar No. 899806